JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GERARDO VASQUEZ, | Case No. 5:18-cv-01729-SVW-SHK |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| COUNTY OF SAN BERNARDINO; and DOES 1-10, in1clusive, | |
| Defendants. | |

Based on Plaintiff's Notice of Settlement and Dismissal and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action against Defendant COUNTY OF SAN BERNARDINO is dismissed, with prejudice.

**IT IS SO ORDERED.**

Dated: January 16, 2019

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE